4-1-19  Mytra Seales

Dr. Mr. Jordon how are you doing My name is name is Mytra Seales I'm writing you Dis letter and reguarding Dijon Seales will you please take in reconsideration for my husband sentence I will start off saying Dijon Seales is not a bad person he just done been threw so much in his life when he was 13 or 14 he lost his mother and the only person he done had in his life was his grandmother and she did everythang she could do far as raising him I know it's no excuse for the choice Dijons has made in his life but my husband hang around the wrong crowd and got off on the wrong track in his life and he regret doing the thangs that he was doing and he know it was wrong My husband never got in a lot of trouble as growing up he was always respectful charge his eldery if he could do anythang for anyone his always did he would give the shirt off his back for anybody he never had a father figure in his life and that plays a big part


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
FILED
May 10 2019
ARTHUR JOHNSTON, CLERK
By: _____, Deputy Clerk

IN a child life as they grows up Mr. Jordon My husband have a wonderful kids boy and girl and we all miss him so much so will you please have mercy on my poor husband sentence. I know dis don't justfied the thang he have done but will you please give him a chance to be back at home with his family one day I know people should not make the same mistake but you live and your learn from it Mr Jordon me and Dijon grandmother hope and pray that you just don't be so hard on him but we knows It's left up to you and the good lord above and we hope and pray that you run his time IN together but I am closing dis letter bye saying thank you and have a bless day

Mytra Beaks
4-1-19

TOO:  
Honorable, Judge  
Jordan  

March 26-2019  
10:36 AM  

Dear Sir:  
I'm writing Too Ask For Forgiveness Dyoin Seales, I've Known him since the day he was born. through the years And, as he grew up, he were A respectful Child, But somewhere down the time he slipped And Fell, And it was the wrong way, And sometime when you been Around Bad Activites you, seem too take up Bad habits, but Will you Consider giving him A chance, too be out here to enjoy his kids I Would Appreciate it, his family needs him

Winnie m Evans

Dijon Seals 014169                           4-17-19

Mr. Judge Jordson
My name is Edna Seals, I'm Dijon grandmother.
I no this case is in God hand first, and next in
your hand. And you're going to make the decision
about his case, and that's your job. I heard that
he has 12 years already. And I'm praying if there
are more, that it want be much. My grandson is
not a bad person. I'm sure every grandmother say this. He
had the choice to do right or wrong. But he took the wrong road.
He has two kids boy & girl that love him very much. And he
loves them. He always took time for them. He always took
time for his mom and his brother did to. She was sick on
kidney machine, she pass. But the machine didn't kill her
the medicine from the pharmacy kill her. They call it the
wrongful death of Katrina Daniels that wast their mother name.
You see they made a mistake, cause the death of their mom.
But none of this is your fault. In my heart Dijon have
change, I no he haven't been lock up long. And he is not
special from any other young man in jail. But I love him.
Mr. Jordson don't just throw him away. I need him to,
I'll soon be 67 years old. He always come and see about me.
Please look over my bad writing. I'm praying for my grandson
I'm praying mom. Thank you for taking time to read my letter.
                                              Edna Seals

April 28

Hello Mr. Jordan my name is Zikierria Zonni Fulton. My dad name is Dijron Jemers Seaks i am 10 years old, i am going to be 11 years old on July 11th. i know my dad has to pay the consequens of what he did but when i was a little baby my dad went to jail when i met him again i did not rember who he was. my dad is a loving dad and he never hurt me in any way i use to ask him to go to the nail salon my dad said yes every time. i hope that he comes back me and brother both miss him my dad is the whole world to me and my brother. i know what he did was bad everybody makes mistakes i hope that my dad a couple of years and my stepmother loves my dad ana her name is Mytra Meaon Seaks please do not give my dad a long time i know it's up to you how many years he get's but could you please give my dad like 2 years my Stepbrother loves him to my dad is not a bad person please have mercy on my dad but my dad is a great dad i love my dad, my stepmother does, my stopbrother, my broth, my auntie loves, my uncle everbody in my whole family loves my dad because he is a great man so my dad loves bigger than the universe and i love him the same way.

From: Zikierria        Love you dad
To: Mr. Jordan

FROM: Efrem Coleman
DiJon Seales - Uncle

Dear Judge
       Hi, my name is, Efrem Z. Coleman. I'm writing you on behalf of DiJon Seales. MR. Seales is a good youngman, although he has made some mistakes by making wrong choices. I understand if you commit a Felony, theirs going to be consequinces. MR. Seales is not a violent person, I've known him since he was born. I'm asking you, will you consider not giving him a long time to serve, he has to beautiful little kids that needs him out here in society (with them). I believe with rehibilatation and time to think about his actions he will be a better person once he's released, but please consider his time, thank you very much for reading this letter

                              Thank You
                              Efrem Coleman