**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**VS.**                                                **Case No: 3:18cr49DPJ-LRA**

**DIJON JAMESE SEALES**                                   **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Dijon James Seales does hereby appeal to the United States Court of Appeals for the Fifth Circuit his sentence contained in the Judgment entered in this cause on the 16th day of May, 2019.

**RESPECTFULLY SUBMITTED** this the 22nd day of May, 2019.

/s/ Damon R. Stevenson

Damon R. Stevenson
Miss. Bar No. 102945
Stevenson Legal Group, PLLC
1010 N. West Street
Jackson, MS 39202
Tel: 769-251-0207
Fax: 601-608-7872

## CERTIFICATE OF SERVICE

I, Damon R. Stevenson, the attorney for Defendant hereby certify that on this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record to the electronic mail address on file with the clerk for each party.

This the 22nd day of May, 2019.

/s/ Damon R. Stevenson